UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JAMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN COMIER,<br><br>　　　　　Defendant. | No. 2:16-cv-1108 TLN CKD PS<br><br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

The complaint names as a defendant an individual who was present at the skilled nursing facility where plaintiff resides. It is not clear from the complaint whether the named defendant is a fellow resident or an employee of the facility. Plaintiff alleges that defendant violated his civil rights. However, defendant does not appear to be a state actor and therefore a claim under the Civil Rights Act, 42 U.S.C. § 1983, cannot lie.

/////

The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2.  No later than June 17, 2016, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.  Failure to establish a proper basis for subject matter jurisdiction will result in a recommendation that this action be dismissed without prejudice.

Dated:  June 3, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 james1108.osc.nosmj.ifp